UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KIMBERLY WILKINSON, )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>NCB MANAGEMENT SERVICES INC., )<br>)<br>    Defendant. ) | No. 09-cv-2348 CM-JPO |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, KIMBERLY WILKINSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

NOTICE OF SETTLEMENT

1

Respectfully Submitted,

DATED:  September 10, 2009           KROHN & MOSS, LTD.

By:      /s/ Patrick Cuezze         _
Patrick Cuezze,
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
e-mail: pcozmyk@consumerlawcenter.com